UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAROY SADDLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:07CV1049 RWS |
| | ) |
| MIKE GOODRICH, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's requests for the Court to issue subpoenas and to expedite the time for responding to those subpoenas. The Court will order the Clerk of the Court to issue the subpoenas, but it will deny the request to expedite discovery. If, as plaintiff believes, he is transferred to another correctional institute before the third parties respond or object to the subpoena, then plaintiff should notify the Court and the third parties of his new address and arrange with the third parties to deliver the documents to him at his new location.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall docket the letter received from plaintiff on October 15, 2007 as a motion to issue subpoenas and to expedite discovery.

**IT IS FURTHER ORDERED** that the motion to issue subpoenas is

granted in part, and the Clerk of the Court shall issue the subpoenas as requested by the documents, except that the parties shall be directed to comply with the subpoenas by no later than **November 16, 2007**, and the United States Marshal Service is ordered to serve the subpoenas.

**IT IS FURTHER ORDERED** that the motion to expedite discovery is denied.

 

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of October, 2007.